IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLINTON JAMES PEARSON, JR., )<br># 155536, )<br>　　　　　　　　　　　　　　　　 )<br>　　　Petitioner, )<br>　　　　　　　　　　　　　　　　 )<br>v.　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　 )<br>STATE OF ALABAMA, *et al.*, )<br>　　　　　　　　　　　　　　　　 )<br>　　　Respondents. ) | CASE NO.<br>2:21-CV-379-WHA-CSC<br>(WO) |

## **ORDER**

On August 4, 2021, the Magistrate Judge filed a Recommendation (Doc. 11) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. 11) is ADOPTED.

2. This case is DISMISSED without prejudice for Petitioner's failure to comply with the Court's order to file an amended petition on the form for filing 28 U.S.C. § 2254 petitions.

A final judgment will be entered separately.

DONE this 14th day of September, 2021.

　　　　　　　　　　　　　　　　　/s/ W. Harold Albritton
　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE